

FILED

2019 DEC 16 PM 3:43

U.S. MAGISTRATE JUDGE

BY_____



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED
2019 DEC 16 PM 3:43

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, | Case No. 2:19-mj-950-NJK
PLAINTIFF, | SEALED ORDER
VS.
ALLEN WARREN MILLER,
DEFENDANT.

In making its probable cause determination, the Court reviewed a copy of images referenced in the affidavit. The Court **ORDERS** those images to be sealed. The Court **INSTRUCTS** the Clerk's Office to maintain the sealed copy of those images, along with a copy of the Complaint, in a secured, locked location within the Clerk's Office.

IT IS SO ORDERED.

DATED this 16th day of December 2019.

Honorable Nancy J. Koppe
United States Magistrate Judge

1