# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

FILED
2019 DEC 16 PM 3: 43
U.S. MAGISTRATE JUDGE
BY____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-950-NJK |
| PLAINTIFF, | ORDER TO SEAL |
| VS. | |
| ALLEN WARREN MILLER, | (UNDER SEAL) |
| DEFENDANT. | |

Based on the pending Application of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Complaint, the Probable Cause Affidavit, Arrest Warrant, AO257, the Government's Application, and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed complaint to the CJA Panel Resource Attorney, who may use the information in the sealed complaint for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed complaint.

DATED this 16th day of December 2019.

_____
UNITED STATES MAGISTRATE JUDGE