CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ALLEN WARREN MILLER,<br><br>     Defendant. | Case No. 2:20-cr-00191-APG-DJA<br><br>**Stipulation to Continue Sentencing Hearing (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, attorney for the defendant Allen Warren Miller, that the sentencing hearing currently scheduled for November 3, 2021, at 1:30 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than 45 days from the current sentencing date. This Stipulation is entered into for the following reasons:

　　1.　　Due to the scheduling of the defendant's interview, more time is needed to complete the presentence investigation.

　　2.　　The Defendant is in custody and does not object to the continuance.

　　3.　　The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

6. This is the first request for a continuance of the sentencing hearing.

DATED this 9th day of September, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Shari Kaufman*<br>SHARI KAUFMAN<br>Attorney for Defendant<br>ALLEN WARREN MILLER |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00191-APG-DJA |
| Plaintiff, | **Order** |
| v. | |
| ALLEN WARREN MILLER, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1. Due to the scheduling of the defendant's interview, more time is needed to complete the presentence investigation.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

6. This is the first request for a continuance of the sentencing hearing.

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on Wednesday, November 3, 2021, at the hour of 1:30 p.m., be vacated and continued to December 21, 2021 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 13th day of September, 2021.

_____
HONORABLE JUDGE ANDREW P. GORDON