RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Allen Warren Miller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00191-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (Second Request) |
| ALLEN WARREN MILLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Allen Warren Miller, that the Sentencing hearing currently scheduled on December 21, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

1. Counsel needs more time to gather documents and prepare for sentencing.

2. Defense counsel also anticipates being on leave on the currently scheduled date.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 30th day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00191-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ALLEN WARREN MILLER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 21, 2021 at 1:30 p.m., be vacated and continued to February 16, 2022 at the hour of 2:30 p.m. in courtroom 6C..

DATED this 1st day of December 2021.

_____
UNITED STATES DISTRICT JUDGE